IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BILLY WILKERSON, et al,**  ) | |
| ) | |
| Plaintiffs,  ) | |
| ) | |
| v.  ) | CIVIL ACTION 10-00201-KD-C |
| ) | |
| **TRANSOCEAN HOLDINGS, INC., et al,**  ) | |
| ) | |
| Defendants.  ) | |

This action is before the Court on the Motion for Stay of Proceedings Pending Transfer by the Judicial Panel on Multidistrict Litigation filed by defendants BP Exploration & Production, Inc., BP America, Inc., and BP Products North America, Inc. (doc. 5); joinder in the motion for stay filed by defendant Halliburton Energy Services, Inc. (doc. 22); the plaintiffs' brief in opposition (doc. 9); and the BP defendants' reply (doc. 35).

Upon consideration, the motion for stay (doc. 5) is **DENIED with leave to re-file** after responsive pleadings have been filed. See Burke v. BP Corporation North America, Inc., *et al*., No. 10-cv-00195-WS-M (S.D. Ala. May 25, 2010) (order denying motion for stay (doc. 41)).

**DONE** and **ORDERED** this May 25, 2010.

s/ Kristi K. DuBose
KRISTI  K. DuBOSE
**UNITED STATES DISTRICT JUDGE**